**DISMISSED; Opinion Filed December 17, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00741-CV

### IN THE INTEREST OF V.M.G., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-05067**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Boatright
Opinion by Justice Lang

This is an appeal from the trial court's order on notice of changed status. Despite being cautioned on October 18, 2018 that the appeal would be dismissed unless she filed her brief within ten days, appellant has failed to file her brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b), (c).

/Douglas S. Lang/
DOUGLAS S. LANG
180741F.P05                                         JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF V.M.G., A
MINOR CHILD

No. 05-18-00741-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-04-05067.
Opinion delivered by Justice Lang. Justices
Evans and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 17th day of December, 2018.